IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **ROGER ANTONIO BETTIS, JR,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | CIVIL No: 7:14-CV-0134-HL-TQL |
| **WARDEN MARTY ALLEN, et. al.** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Plaintiff Roger Antonio Bettis, Jr., an inmate confined at Valdosta State Prison in Valdosta, Georgia, filed a *pro se* civil rights complaint in this Court seeking relief under 42 U.S.C. § 1983. Shortly after the Complaint was filed, the Court mailed Plaintiff a consent form and an order referring this case to a Magistrate Judge. That letter has now been returned to the Court and is marked "RTS-Released." It thus appears that Plaintiff has been released from prison. Plaintiff has not notified this Court of his release or his whereabouts. As the Court has no information regarding Plaintiff's current address, it is hereby **ORDERED** that his Complaint be **DISMISSED** without prejudice.

**SO ORDERED** this 8th day of September, 2014.

*s/ Hugh Lawson*_____
Hugh Lawson, Judge
UNITED STATES DISTRICT COURT

jlr